Robert C. Weems (CA SBN 148156)
WEEMS LAW OFFICES
526 3rd St., Ste. A-2
San Rafael, CA 94901
Ph: 415.881.7653
Fx: 866.610.1430
   *rcweems@weemslawoffices.com*

Attorney for Plaintiff,
   JAY LAWRENCE STINEMAN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY LAWRENCE STINEMAN,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 2:20-cv-0877 DB<br><br>ORDER AND<br>STIPULATION EXTENDING TIME<br>UNDER SCHEDULING ORDER |

The parties, by and through counsel of record, agree that good cause exists to modify the scheduling order [ECF 6] and, subject to the approval and any further orders of the Court, stipulate to extend their filing deadlines as follows:

- Plaintiff shall serve and file a motion for summary judgment or for remand by August 16, 2021;
- Defendant shall serve and file any opposition or counter motion by September 20, 2021; and
- Plaintiff may serve and file a reply by October 11, 2021.

///

///

1

STIPULATION                                                                                    No. 2:20-cv-0877 DB

The good cause supporting modification of the scheduling order and order to meet and confer includes but is not limited to the parties are meeting and conferring about the possibility of a voluntary remand.

| For Plaintiff: | For Defendant: |
|---|---|
| WEEMS LAW OFFICES | MCGREGOR W. SCOTT, <br>    United States Attorney <br> DEBORAH LEE STACHEL, <br>    Regional Chief Counsel, Region IX <br>    Social Security Administration <br> CHANTAL R. JENKINS, <br>    Special Assistant U.S. Attorney |
| /s/Robert C. Weems <br> Robert C. Weems, <br> Attorney for Plaintiff | By:    /s/Chantal R. Jenkins <br> Chantal R. Jenkins, <br> Special Assistant U.S. Attorney and <br> Attorney for the Defendant |

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: July 15, 2021

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE