PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS, PA SBN 307531
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8931
    Facsimile: (415) 744-0134
    E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAY LAWRENCE STINEMAN,<br><br>    Plaintiff,<br><br>vs.<br>KILOLO KIJAKAZI,[1]<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:20-cv-0877-DB<br><br>STIPULATION AND ORDER TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(G) |

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner has agreed to a voluntary remand of this case for further administrative proceedings, pursuant to *sentence four* of 42 U.S.C. § 405(g).

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision.  The Appeals Council will instruct the ALJ to offer Plaintiff the opportunity for a hearing.  The Appeals Council will instruct the ALJ to consider the new evidence submitted, reassess Plaintiff's residual functional capacity, obtain updated vocational expert testimony, and take any further action needed to complete the record and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Weems Law Offices

Dated:  August 30, 2021    */s/ Robert Weems by Chantal R. Jenkins*\*
\*As authorized *via* email on August 30, 2021
Robert Weems
Attorney for Plaintiff

Dated:  August 30, 2021    PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:    */s/ Chantal R. Jenkins*
CHANTAL R. JENKINS
Special Assistant United States Attorney

ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: September 1, 2021    /s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE